## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

# 09-82408
## CIV-DIMITROULEAS

### MAGISTRATE JUDGE SNOW

EDWARD M. RICCI,

*Plaintiff,*

v.

STANDARD INSURANCE
COMPANY D/B/A THE
STANDARD

*Defendant.*

_____/

FILED by _____ D.C.

DEC 1 1 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## COMPLAINT

Edward M. Ricci sues Standard Insurance Company, as follows:

### NATURE OF THE ACTION, JURISDICTION, PARTIES AND VENUE

1.     This is an action for damages arising out of Standard's breach of contract.

2.     This Court has jurisdiction pursuant to 28 U.S.C. §1332, as the parties are diverse and the matter in controversy exceeds $75,000, exclusive of interest and costs and inclusive of statutory attorney's fees.

3.     At all material times, Ricci was a resident of Palm Beach County, Florida, and is in all respects *sui juris.*

4.     At all material times, upon information and belief, Standard was incorporated under the laws of the State of Oregon, having its principal place of business in Multnomah

CASE NO.:

County, Oregon, and was authorized to engage and actually engaged in the business of selling Disability Income insurance in Palm Beach County, Florida.[1]

5.      Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. §1391(a), since the contract for insurance between the parties was entered into in this judicial district and the events or omissions giving rise to this suit occurred within this judicial district.

## FACTS COMMON TO ALL COUNTS

6.      Standard issued and delivered a Disability Income insurance policy, bearing policy number 1740369H, to Ricci, effective November 4, 1987. A copy of the Policy is attached hereto as Exhibit A.

7.      In exchange for an annual premium, the Policy provided Disability Income benefits to Ricci in the event of his long-term disability.

8.      All premiums were timely paid by Ricci and the Policy was in full force and effect on August 20, 2008, and at all material times thereafter.

9.      On August 20, 2008, Ricci suffered the onset of medical conditions that hospitalized him and rendered him disabled under the terms of the Policy.

10.     Ricci presented a claim for disability benefits under the Policy to Standard, and supported his claim with financial and medical documentation demonstrating that he was disabled under the terms of the policy.

---

[1] Standard is the successor in interest to Minnesota Mutual Life Insurance Company, the original issuer of the policy at issue.

2

CASE NO.:

11. On November 26, 2008, Standard wrongfully denied Ricci's claim.

## COUNT I – BREACH OF CONTRACT

12.     Ricci re-alleges Paragraphs 1 through 11 as if fully set forth herein.

13.     At all material times, Ricci was insured by Standard under the Policy, which is a binding and legally enforceable insurance contract under the laws of the State of Florida.

14.     Ricci has complied with all conditions precedent under the Policy.

15.     Standard breached the Policy by wrongfully denying Ricci's claim for insurance benefits, and did so without fully and fairly investigating the circumstances of Ricci's disability.

16.     As a direct and proximate result of Standard's breach of the Policy, Ricci has suffered, and continues to suffer, damages.

17.     As a result of Standard's breach of the Policy, Ricci was compelled to retain the undersigned legal counsel to represent his interests in connection with Standard's actions, and owes them a fee for their services.

WHEREFORE, Plaintiff, Edward M. Ricci, demands judgment against Defendant for damages in the form of unpaid benefits up through the date of trial, together with pre- and post-judgment interest, attorneys' fees pursuant to Fla. Stat. §627.428, costs, and any other relief this Court deems equitable, just and proper.

## TRIAL BY JURY

Plaintiff demands trial by jury.

Dated this _10th_ day of December, 2009.

3

CASE NO.:

Respectfully submitted,

**VER PLOEG & LUMPKIN, P.A.**
100 S.E. Second Street, 30th Floor
Miami, FL  33131
(305) 577-3996
(305) 577 3558 *facsimile*

_____
**Stephen A. Marino, Jr.**
Florida Bar No. 79170
*Attorney for Plaintiff*

4

E
X
H
I
B
I
T

A

**EXHIBIT A**

# YOUR POLICY INFORMATION

| | | | | |
|---|---|---|---|---|
| TOTAL PREMIUMS: NON-SMOKER | | | INSURED: | EDWARD M RICCI |
| ANNUAL | - | $7,061.43 | AGE & SEX: | 42 - MALE |
| SEMI-ANNUAL | - | $3,601.33 | POLICY NUMBER: | 1-740-369H |
| QUARTERLY | - | $1,835.97 | ORIGINAL POLICY DATE: | NOV  4 1987 |
| | | | REISSUED POLICY DATE: | NOV  4 1987 |

THESE PREMIUMS INCLUDE A 10% DISCOUNT

OWNER OF THIS POLICY ON POLICY DATE -
EDWARD M RICCI

THIS POLICY HAS BEEN REISSUED
EFFECTIVE NOV  4 1987.
THE ORIGINAL PAGE 1 AND ANY
REISSUES IN EFFECT PRIOR TO
NOV  4 1987 ARE SUPERSEDED BY
THIS PAGE 1.

IF THIS REISSUED POLICY REQUIRED
EVIDENCE OF INSURABILITY, THE
INCONTESTABILITY PERIOD WILL
MEASURE FROM NOV  4 1987 WITH
RESPECT TO ANY INCREASE IN
COVERAGE.

```
* * * * * * * * * * * * * * * * * *
*                                  *
*                                  *
*        MONTHLY DISABILITY INCOME *
*                POLICY            *
*                                  *
* NON-CANCELLABLE AND GUARANTEED   *
* RENEWABLE TO INSURED'S AGE 65    *
*                                  *
* OPTION AFTER AGE 65              *
* PARTICIPATING                    *
*                                  *
*                                  *
* * * * * * * * * * * * * * * * * *
```

SIGNED FOR MINNESOTA LIFE
INSURANCE COMPANY AT ST. PAUL,
MINNESOTA ON THE REISSUED POLICY DATE.

Secretary          Registrar          President

| TYPE OF COVERAGE | MONTHLY INCOME BENEFIT | PREMIUMS PAYABLE | ANNUAL PREMIUM |
|---|---|---|---|
| BASIC DISABILITY BENEFIT | | | |
| MAXIMUM BENEFIT PERIODS FOR: INJURY - THE INSURED'S LIFETIME SICKNESS - THE INSURED'S LIFETIME REFER TO E.1170 WAITING PERIODS FOR: INJURY - 90 DAYS | | | |
| SICKNESS - 90 DAYS | $10,000 | THROUGH NOV  3 2010 | $4,869.90 |

CONTINUED ON PAGE 1B

85-500  -1A  3068-3                                                    1A

# YOUR POLICY INFORMATION

INSURED: EDWARD M RICCI                POLICY NUMBER: 1-740-369H

ADDITIONAL AGREEMENTS - CONTINUED FROM PAGE 1A

| TYPE OF COVERAGE | MONTHLY INCOME BENEFIT | PREMIUMS PAYABLE | ANNUAL PREMIUM |
|---|---|---|---|
| ADDITIONAL AGREEMENTS - | | | |
| PROPORTIONATE BENEFIT AGREEMENT | | THROUGH NOV  3 2010 | $335.19 |
| SUPPLEMENTARY INCOME BENEFIT AGREEMENT | | | |
| MAXIMUM BENEFIT PERIODS FOR: INJURY - 275 DAYS SICKNESS - 275 DAYS | | | |
| ELIMINATION PERIODS FOR: INJURY - 90 DAYS SICKNESS - 90 DAYS | $1,000 | THROUGH NOV  3 2010 | $88.74 |
| MONTHLY INCOME BENEFIT ESCALATOR AGREEMENT | | THROUGH NOV  3 2010 | $1,767.60 |

TOTAL ANNUAL PREMIUM ON POLICY DATE  - - - - - - - - - - - -    $7,061.43

85-500   -1B                                                    1B

# YOUR POLICY INFORMATION

LIFETIME ACCIDENT AND SICKNESS

POLICY NUMBER:   1-740-369H                INSURED NAME:   EDWARD M RICCI

POLICY DATE:     NOVEMBER  4, 1987

AGE:             42

FOR DISABILITIES THAT COMMENCE BEFORE THE INSURED'S AGE 56 WE WILL PAY THE LIFETIME BENEFITS AS SHOWN ON PAGE 1, FOR THE LIFETIME OF THE INSURED.

FOR DISABILITIES THAT COMMENCE WHEN THE INSURED IS AGE 56 OR OLDER, AND BEFORE THE INSURED'S AGE 65, WE WILL PAY THE LIFETIME BENEFITS SHOWN ON PAGE 1 UNTIL THE INSURED'S AGE 65; AFTER THE INSURED'S AGE 65 WE WILL PAY A PERCENT OF THE LIFETIME BENEFITS SHOWN ON PAGE 1, ACCORDING TO THE TABLE BELOW, FOR THE LIFETIME OF THE INSURED.

AGE MEANS THE POLICY ANNIVERSARY ON OR AFTER THE INSURED'S BIRTHDAY.

| AGE THAT DISABILITY BEGINS | PERCENT OF MONTHLY INCOME BENEFIT PAYABLE |
|:---:|:---:|
| 56 | 90% |
| 57 | 80% |
| 58 | 70% |
| 59 | 60% |
| 60 | 50% |
| 61 | 40% |
| 62 | 30% |
| 63 | 20% |
| 64 | 10% |

E. 1170

85-500   -1C                                                        1C

# YOUR POLICY INFORMATION

ENDORSEMENT

INSURED:    EDWARD M RICCI

EMPLOYER:    EDWARD RICCI & ASSOCIATES, PA

BEFORE WE ISSUED YOUR POLICY, WE MADE THE FOLLOWING CHANGES.

WE ADDED THE FOLLOWING QUESTION TO THE "PREMIUMS" SECTION ON PAGE 8 OF YOUR POLICY:

WHAT ARE THE PREMIUMS FOR YOUR POLICY?

THE PREMIUMS ARE SHOWN ON PAGE 1.  SINCE YOU ARE AN EMPLOYEE OF THE EMPLOYER SHOWN ABOVE, THE PREMIUMS ON PAGE 1 INCLUDE A 10% DISCOUNT OF THE PREMIUMS USUALLY CHARGED.  THE 10% DISCOUNT IS GUARANTEED FOR THE DURATION OF YOUR POLICY.

WE MADE THE FOLLOWING CHANGE TO THE "DIVIDENDS" SECTION ON PAGE 9 OF YOUR POLICY:

WHAT IS A DIVIDEND?

EACH YEAR WE DETERMINE IF YOUR POLICY WILL SHARE IN OUR DIVISIBLE SURPLUS.  WE CALL YOUR SHARE A DIVIDEND.

WILL THIS POLICY RECEIVE DIVIDENDS?

IF OUR EXPERIENCE ON THIS CLASS OF POLICIES EXCEEDS OUR PROJECTIONS, WE MAY DECLARE A DIVIDEND.  IN THAT CASE, WE WILL CREDIT IT TO YOU ON YOUR POLICY ANNIVERSARY UNDER ONE OF THE DIVIDEND OPTIONS SHOWN ON PAGE 9.

THIS ENDORSEMENT IS EFFECTIVE AS OF THE POLICY DATE OF THIS POLICY UNLESS A DIFFERENT EFFECTIVE DATE IS SHOWN HERE.

E.1241

85-500    -1D

1D

# YOUR POLICY INFORMATION

## OSTEOPATHY
### (MUST BE BOARD CERTIFIED OR BOARD ELIGIBLE)

80.  ALLERGY
81.  ALLERGY AND IMMUNOLOGY
82.  ANESTHESIOLOGY
83.  CARDIOVASCULAR DISEASES
84.  CARDIOLOGY
85.  DERMATOLOGY
86.  EMERGENCY MEDICINE (MUST BE BOARD
       CERTIFIED AND BOARD NUMBER PROVIDED
87.  ENDOCRINOLOGY
88.  ENDOCRINOLOGY & METABOLISM
89.  FAMILY PRACTICE
90.  GASTROENTEROLOGY
91.  GYNECOLOGY
92.  HEMATOLOGY
93.  HEMATOLOGY-ONCOLOGY
94.  IMMUNOLOGY
95.  INFECTIOUS DISEASES (EPIDEMIOLOGY)
96.  INTERNAL MEDICINE
97.  MAXILLOFACIAL SURGERY
98.  NEOPLASTIC DISEASES
99.  NEPHROLOGY
100. NEUROLOGY
101. NEONATAL-PERINATAL MEDICINE
102. NEONATOLOGY
103. NEUROLOGY, CHILD
104. NEUROPATHOLOGY
105. NEUROPSYCHIATRY
106. NUCLEAR MEDICINE
107. NUCLEAR RADIOLOGY
108. OBSTETRICS
109. OBSTETRICS & GYNECOLOGY
110. OCCUPATIONAL MEDICINE
111. ONCOLOGY

112. OPHTHALMOLOGY
113. OPHTHALMOLOGY SURGERY
114. OTOLARYNGOLOGY
115. OTORHINOLARYNGOLOGY
116. PATHOLOGY
117. PATHOLOGY, CLINICAL
118. PATHOLOGY, FORENSIC
119. PEDIATRICS
120. PEDIATRIC CARDIOLOGY
121. PEDIATRIC ENDOCRINOLOGY
122. PEDIATRIC HEMATOLOGY-
       ONCOLOGY
123. PEDIATRIC NEPHROLOGY
124. PHYSICAL MEDICINE AND
       REHABILITATION
125. PSYCHIATRY
126. PSYCHIATRY, CHILD
127. PULMONARY DISEASES
128. RADIOLOGY
129. RADIOLOGY, DIAGNOSTIC
130. RADIOLOGY, THERAPEUTIC
131. RHEUMATOLOGY
132. SURGERY, CARDIOVASCULAR
133. SURGERY, COLON AND RECTAL
134. SURGERY, GENERAL
135. SURGERY, NEUROLOGICAL
136. SURGERY, ORTHOPEDIC
137. SURGERY, PEDIATRIC
138. SURGERY, PLASTIC
139. SURGERY, THORACIC
140. SURGERY, UROLOGICAL
141. SURGERY, VASCULAR
142. UROLOGY

## DENTISTRY

143. ENDODONTICS
144. ORAL SURGERY OR MAXILLOFACIAL SURGERY
145. ORTHODONTICS
146. PEDODONTICS
147. PERIODONTICS
148. PROSTHODONTICS

## LAW

149. TRIAL ATTORNEY

# YOUR POLICY INFORMATION

ENDORSEMENT

INSURED:    EDWARD M RICCI

EMPLOYER:    RICCI & ROBERTS, INC.

BEFORE WE ISSUED YOUR POLICY, WE MADE THE FOLLOWING CHANGES.

WE ADDED THE FOLLOWING QUESTION IN THE "PREMIUMS" SECTION ON PAGE 8 OF
YOUR POLICY:

WHAT ARE THE PREMIUMS FOR YOUR POLICY?

THE PREMIUMS ARE SHOWN ON PAGE 1.  SINCE YOU ARE AN EMPLOYEE OF THE
EMPLOYER SHOWN ABOVE, THE PREMIUMS ON PAGE 1 INCLUDE A 10% DISCOUNT OF
THE PREMIUMS USUALLY CHARGED.  THE 10% DISCOUNT IS GUARANTEED FOR THE
DURATION OF YOUR POLICY, REGARDLESS OF YOUR EMPLOYMENT RELATIONSHIP.

WE MADE THE FOLLOWING CHANGE TO THE "DIVIDENDS" SECTION ON PAGE 9 OF
YOUR POLICY:

WHAT IS A DIVIDEND?

EACH YEAR WE DETERMINE IF YOUR POLICY WILL SHARE IN OUR DIVISIBLE
SURPLUS.  WE CALL YOUR SHARE A DIVIDEND.

WILL THIS POLICY RECEIVE DIVIDENDS?

GENERALLY NO.  HOWEVER, THERE MAY BE TIMES WHEN A DIVIDEND IS DECLARED.

THIS ENDORSEMENT IS EFFECTIVE AS OF THE POLICY DATE OF THIS POLICY
UNLESS A DIFFERENT EFFECTIVE DATE IS SHOWN HERE.

E-1230    MINNESOTA MUTUAL LIFE INSURANCE COMPANY

# GENERAL DEFINITIONS

When we use the following words this is what we mean:

### you, your

The person who is insured under this policy as shown on page 1. The insured is also the owner of this policy, unless otherwise provided for in this policy.

### we, our, us

The Minnesota Mutual Life Insurance Company.

### policy date

The effective date of coverage under this policy and the date from which policy anniversaries, policy years, policy months and premium due dates are determined. The policy date is shown on page 1.

### policy anniversary

The same day and month in each succeeding year as the policy date.

### age 65

The policy anniversary on or after your 65th birthday.

### injury

An accidental bodily injury you sustain while this policy is in force.

### sickness

A disease or illness which first manifests itself while this policy is in force. A disease or illness first manifests itself when symptoms exist that would cause an individual to seek diagnosis, care or treatment, or when a physician recommends or provides medical advice or treatment.

### physician

A licensed physician, other than you or the owner.

### prior average earned income

The monthly average of your earned income for the 12 month period, or the preceding 24 months if higher, immediately prior to the onset of your disability.

Earned income means the salary, wages, commissions, fees or other income you earned in your regular occupation. This includes any contributions you or your employer make to a pension, profit-sharing, or other deferred compensation plan. The ordinary business expenses, other than taxes, incurred in producing this income will be subtracted.

### adjusted gross monthly income

Adjusted gross monthly income means your gross monthly income for the same month for which the monthly income benefit is payable. Adjusted gross monthly income is reduced only by the necessary and ordinary business expenses actually incurred in producing the income.

### elimination period

The number of days, as shown on page 1, at the beginning of each period of disability for which no monthly income benefit will be paid.

### monthly income benefit

The amount, as shown on page 1, payable for each complete month of disability after the elimination period.

### maximum benefit period

The maximum period of time for which the monthly income benefit will be paid for a continuous period of disability. The maximum benefit periods for sickness and for injury are shown on page 1.

# DEFINITION OF DISABILITY

### What is the definition of disability?

Whenever we use the words "disability" or "disabled" in this policy we mean a sickness or injury which:

    (1)   requires the reasonable and customary care of a physician; and

    (2)   results in your inability to perform the substantial and material duties of your regular occupation, as defined further in this section.

### What are the substantial and material duties of your regular occupation?

The substantial and material duties are those duties which account for 50% or more of your prior average earned income from your regular occupation. Your prior average earned income will be adjusted for increases in the cost of living as described in the Cost of Living Adjustment section.

### What if you engage in a different occupation while you are still disabled?

If you work on a part-time or full-time basis in a different occupation while you are still disabled, you will continue to be eligible to receive the full monthly income benefit, regardless of your earnings in that new occupation.

### What if you engage in your regular occupation while you are still disabled?

If you work in your regular occupation while you are still disabled, you will be eligible to receive a benefit, if you are unable, due to your continuing disability, to earn from your regular occupation more than 50% of your prior average earned income. Until you have received 72 monthly income benefits from the onset of disability, you will receive the full monthly income benefit. Thereafter you will receive an adjusted monthly income benefit, as described on page 5 of this policy.

### What is the definition of regular occupation?

Whenever we use the words "regular occupation" in this policy we mean your occupation or profession, including your specialty as listed in the Specialty Endorsement attached to this policy.

# PRESUMPTIVE DISABILITY

### Will you be presumed disabled by certain losses?

Yes. We will consider you disabled regardless of the income you are earning if, while this policy is in force, you suffer the total and irrecoverable loss of your:

    (1)   speech; or

    (2)   hearing in both ears; or

    (3)   sight in both eyes; or

    (4)   use of both hands; or

    (5)   use of both feet; or

    (6)   use of one hand and one foot; or

    (7)   sight in one eye and the use of one foot or of one hand.

Benefits will start when loss occurs, even if the elimination period has not expired.

# MONTHLY INCOME BENEFIT

### What is the monthly income benefit?

The amount of the monthly income benefit is shown on page 1. Subject to the other provisions of this policy, you will receive the monthly income benefit if you suffer a continuous period of disability due to sickness or injury which extends beyond the elimination period. Your disability must begin prior to your age 65. This policy must also be in force.

### How is the elimination period satisfied?

The elimination period may be satisfied by your being disabled for a number of consecutive days

of disability equal to the number of days shown as the elimination period on page 1.

If your disability is not continuous, the elimination period may also be met. This will occur if the required number of days of disability occurs in a period that is three times as long as the elimination period, but in no event, longer than 365 days. If periods of disability are combined to satisfy the elimination period, disability must be due to the same or a related cause. The onset of disability will be deemed to have occurred as if the elimination period had been satisfied with consecutive days of disability.

### What if you are disabled by more than one cause?

Any period of disability resulting from one or more causes will be considered a single period of disability. Only one monthly income benefit will be payable.

If you are disabled and you sustain an additional sickness or injury which would in and of itself be disabling, the additional sickness or injury will not be considered a new period of disability under this policy.

### What if you are both sick and injured?

We will not be liable for both sickness and injury benefits for any one period of disability. Only one monthly income benefit will be payable.

### When will the monthly income benefit be paid?

After the elimination period, we will pay the monthly income benefit at the end of each complete month of disability.

### What if you are disabled for less than one month?

After the elimination period has been satisfied, we will prorate the monthly income benefit on the basis of a 30-day month for any period of continuous disability that is less than one month.

### For how long will the monthly income benefit be paid?

The maximum benefit period for any disability due to sickness or injury is shown on page 1. In no event will we pay the monthly income benefit beyond your age 65, except:

(1) if you are disabled at age 65 and you have not received a total of 24 monthly income benefits for that period of continuous disability. In that event, we will continue your benefits until you have received a total of 24 monthly income benefits provided you remain continuously disabled; or

(2) if your policy contains a lifetime sickness benefit and you become disabled due to sickness before your age 65 and you remain continuously disabled from that sickness beyond age 65; or

(3) if your policy contains a lifetime accident benefit and you sustain an injury before your age 65 and you remain continuously disabled from that injury beyond age 65; or

(4) if you qualify for, and have exercised the Option After Age 65 provided for in this policy on page 8.

# ADJUSTED MONTHLY INCOME BENEFIT

### What is an adjusted monthly income benefit?

After 72 monthly income benefits have been paid, if you engage in your regular occupation while you are still disabled, we will pay an adjusted monthly income benefit based on your loss of income factor.

### What is the loss of income factor?

We will calculate your loss of income factor each month by:

(1) subtracting your adjusted gross monthly income from your prior average earned income, adjusted for increases in the cost of living as described below; and

(2) dividing this by your prior average earned income.

This is your loss of income factor.

**How is the adjusted monthly income benefit calculated?**

We will multiply the monthly income benefit otherwise payable by the loss of income factor; the result will be the adjusted monthly income benefit which we will pay you.

**How long will the adjusted monthly income benefit be paid?**

Subject to the maximum benefit period shown on page 1, we will continue to pay an adjusted monthly income benefit as long as you remain disabled as defined in this policy.

**What income information must you provide?**

Generally, all that is required is your signed statement. However, we do retain the right to examine your financial records, including income tax returns, as often as may reasonably be required to determine your adjusted gross monthly income.

# COST OF LIVING ADJUSTMENT

**Will your prior average earned income be adjusted for increases in the cost of living?**

Yes

**How does it work?**

When we first review your claim we determine the amount of your prior average earned income. While you are disabled, inflation may increase the cost of living. In that event, we will increase your prior average earned income to reflect increases in the cost of living.

**What will be used to measure the increase in the cost of living?**

We will use the Consumer Price Index published by the U.S Department of Labor for all urban households. If the Index is changed in any way which makes it inappropriate for this policy, or if its publication is discontinued or delayed, we have the right to choose what we believe to be an appropriate standard, published or unpublished, as a substitute for the Consumer Price Index.

**How often will the adjustment be made?**

The cost of living adjustment will be made annually on the anniversary of the date of onset of your disability. It will also be compounded annually.

**What is the maximum annual increase?**

The cost of living adjustment will not be greater than 15% for any one year.

**Will the cost of living adjustment increase the maximum amount of your monthly income benefit?**

No. The maximum amount of the monthly income benefit provided by this policy is shown on page 1. The cost of living adjustment only applies to your prior average earned income.

# PAYMENT OF BENEFITS

**When must a notice of claim be given?**

You must give us notice of your claim within 30 days after the onset of any loss covered by this policy. Your notice of claim must be in writing and contain enough information for us to identify you. The notice of claim must either be given to our authorized agent or sent to our home office in Saint Paul, Minnesota.

Our investigation of a claim, or our furnishing of claim forms, or our acceptance of your notice of claim and proof of loss, shall not operate to waive any of our rights to defend any claim arising under this policy. No action at law or in equity shall be brought to recover on this policy prior to the expiration of 60 days after written proof of loss has been furnished as required by this policy. No such action shall be brought after the expiration of the applicable statute of limitations after the time written proof of loss is required to be furnished.

**What claim forms are required?**

When we receive your notice of claim we will furnish you the forms needed to file your proof of loss. If we do not furnish these forms to you within 15 days of the date we receive your notice

of claim you may submit your own proof of loss. Your proof of loss must be in writing. It must cover the occurrence, character, and extent of the loss you claim is covered.

### When must proof of loss be given?

You must give us written proof of loss at our home office within 100 days after the end of the period for which we are liable. Your failure to give us proof of loss within the time required will not invalidate or reduce your claim if it was not reasonably possible for you to give proof within that time. However, you must give us proof of loss as soon as reasonably possible; but, except in absence of legal capacity, proof of loss may not be filed later than one year from the time proof is otherwise required.

### When will payment be made?

When we receive written proof of loss satisfactory to us, we will pay all accrued benefits for that loss at the end of each 30 day period. The balance remaining unpaid upon the termination of your claim will be paid as soon as we receive written proof of loss satisfactory to us.

### To whom will the benefits be paid?

All benefits under this policy will be paid to the owner of the policy, if living, otherwise to the owner's estate.

If any benefit is payable to the owner's estate, we may pay the benefit, but not more than $3,000, to any relative of the owner we deem to be equitably entitled to it. Any payment we make under this provision in good faith will fully discharge us to the extent of the payment. We will deduct from our payment any unpaid premium owing at the time of payment.

# RECURRENT DISABILITY

### What is recurrent disability?

A recurrent disability is a period of disability which results from the same or related cause or causes as a previous period of disability.

### What benefits will be paid for a recurrent disability?

If, following a period of disability, you return to or are able to return to your regular occupation for a continuous period of 6 months or more, any recurrent disability will be considered a new period of disability. However, if you engage in your regular occupation for less than 6 months, any recurrent disability shall be considered a continuation of the preceding period of disability.

A continuation and the preceding period of disability will be considered one period of disability. It will therefore be subject to the same maximum benefit period.

# VOCATIONAL REHABILITATION

### What if you engage in a rehabilitation program?

If during a period of disability, you choose to participate in an approved rehabilitation program, we will not consider you recovered from your disability. The program must be designed to return you to your regular occupation. All expenses you incur in connection with that program will be deducted from your earnings in calculating your adjusted gross monthly income.

### What is an approved rehabilitation program?

An approved rehabilitation program is one approved in writing by you and us. This must occur before you start the program.

# TRANSPLANT BENEFIT

### What does the transplant donor benefit provide?

If you become disabled more than six months after the policy date due to a transplant of a part

of your body to the body of another person, we will pay the monthly income benefit. It will be subject to all the terms of this policy. The maximum benefit period for sickness will apply to this benefit.

# OPTION AFTER AGE 65

### Can this policy be continued after your age 65?

Yes. You may continue to keep this policy in force on a yearly basis until the policy anniversary on or after your 76th birthday. To continue this policy after age 65, you must be regularly employed on a full-time basis in a gainful occupation. Also this policy must be in force. If after age 65 you cease to be regularly employed on a full-time basis, this policy will immediately terminate. We will be liable only to return the premiums paid for any period not covered by this policy.

### What premium rate will be charged?

If you elect to continue this policy after your age 65, the premium rate will be the rate we charge for your then attained age.

### What will be the maximum benefit period?

The maximum benefit period provided by this provision for both sickness and injury will be 24 months.

# PREMIUMS

### When and where do you pay your premiums?

Your first premium is due as of the policy date. It must be paid on or before the date this policy is delivered to you. All premiums after the first one are payable on or before the date they are due; they must be mailed to us at our home office.

If you would like a receipt for a premium payment, we will give you one upon request.

### How often do you pay premiums?

You may pay your premiums once, twice, or four times a year. These premiums are shown in your policy as the annual, semi- annual and quarterly premiums. We will not, however, accept a premium payment of less than $10.00.

You may change the frequency of your premium payments without our consent, unless we are waiving the premiums for this policy.

If you decide to pay premiums once a year, your annual premium will be due on the policy anniversary date. If you choose to pay premiums more often, your semi-annual premiums will be due every six months; your quarterly premiums will be due every three months. In each year, one of the premium due dates must fall on the policy anniversary date.

### Are there other methods of paying premiums?

Yes. You may be able to arrange with your employer to pay your premiums by payroll deduction. Also, if your bank consents, you may request that your premiums be automatically withdrawn from your checking account. The premium will be paid directly to us by your bank. If for any reason your employer or bank fails to pay a premium when it is due, or if this premium payment arrangement is ended, you must pay an annual, semi-annual or quarterly premium directly to us. We must receive it before the end of the grace period to keep this policy in force.

### How long must premium payments be made?

The premiums for this policy are payable for the period shown on page 1. After your age 65 this policy may be continued if you meet the requirements of the Option After Age 65 provision on page 8.

### Can you pay a premium after the date it is due?

This policy has a 31-day grace period. If a premium is not paid on or before the date it is due, you may pay that premium during the 31-day grace period immediately following the due date. Your premium payment, however, must be received in our home office within the 31- day grace period. You will continue to be insured during this 31-day grace period. This 31-day grace period does not apply to the first premium

payment. The first premium must be paid on or before the date this policy is delivered.

### What happens if a premium is not paid before the end of the grace period?

If a premium is not paid before the end of the 31-day grace period, this policy will lapse. No benefits will be payable for any disability that begins after the end of the grace period.

### Can you reinstate your policy?

Within one year from the date this policy lapses you may apply for reinstatement of this policy. It will be reinstated on the date we accept your renewal premium unless we require that you complete an application for reinstatement. If we require such an application, this policy will be reinstated on the date we approve your application. We will give you a conditional receipt for the renewal premium. If we do not approve your application within 45 days of the date of the conditional receipt, this policy will be considered reinstated, unless we have previously notified you in writing that we have disapproved your application.

The reinstated policy will cover any loss that results from an injury you sustain after the date of reinstatement. Any loss due to sickness will be covered if the sickness first manifests itself more than 10 days after the date of reinstatement. Except for any endorsements or riders attached to this policy in connection with the reinstatement, you and we shall have the same rights under this policy as existed before it lapsed.

# WAIVER OF PREMIUM

### Will the premiums for this policy and for any additional agreements attached to this policy be waived while you are disabled?

Yes. Beginning on the 31st day of continuous disability or on the expiration of the elimination period, whichever is later, we will refund each premium which previously became due during the period of disability. We will also waive the payment of each future premium as it becomes due during the period of disability.

All premiums will be waived according to the frequency of payment in effect when the disability began. Your disability must begin while this policy is in force.

### What if benefits have been paid for the maximum benefit period?

Any premium that becomes due after we stop paying the monthly income benefit will be waived only if we are furnished satisfactory proof of your continued disability. We must receive this proof within 31 days of the due date of the premium. If no such proof is provided, you must resume premium payment within the 31-day grace period in order to keep this policy in force.

# DIVIDENDS

### Will this policy receive dividends?

Each year we determine if this policy will share in our divisible surplus. We call your share a dividend. We will credit it to you on your policy anniversary under one of the dividend options shown below. We do not expect this policy to share in any divisible surplus until the end of the third policy year.

### How can your dividends be applied?

(1) **Cash -** Paid in cash to you.

(2) **Reduce premiums -** Used to pay part or all of an annual, semi-annual or quarterly premium on this policy.

(3) **Accumulation -** Left with us to accumulate at interest. Your accumulations will earn interest at a rate we determine annually, but never less than 4 percent per year compounded annually.

If you do not select an option, dividends will be paid in cash.

### Can you withdraw your dividend accumulations?

Yes. Dividend accumulations may be withdrawn at any time.

# GENERAL INFORMATION

### What is your agreement with us?

This policy and the copy of your application attached to it contain the entire contract between you and us. Any statements you made in your application will, in the absence of fraud, be considered representations and not warranties. Also, any statement you made will not be used to avoid this policy nor defend against a claim under this policy unless the statement is contained in your application.

No change or waiver of any of the provisions of this policy will be valid unless made in writing by us and signed by our president, a vice president, our secretary or an assistant secretary. No agent or other person has the authority to change or waive any provision of this policy.

Any additional benefit agreement attached to this policy will become a part of this policy; it will be subject to all the terms and conditions of this policy unless we state otherwise in the agreement.

### How do you exercise your rights under this policy?

You can exercise all the rights under this policy by a written request to us. This includes the right to change the ownership. If this policy is assigned, we will also require the written consent of the assignee.

If this policy is owned by someone other than the insured, the written request of the owner will be required.

### Can you reduce the amount of this policy?

Yes. Upon receipt of a written request from you, or the owner if other than you, we will reduce the amount of this policy to any amount we then offer to new applicants. Your premiums will also be reduced.

### Can you assign this policy?

Yes. This policy may be assigned. The assignment must be in writing and filed at our home office. We assume no responsibility for the validity or effect of any assignment of this policy or of any interest in it. Any claim made by an assignee will be subject to proof of the assignee's interest and of the extent of the assignment.

### What if your age is misstated?

If your age has been misstated, the amount, type and duration of the benefits payable under this policy or any agreement attached to this policy, will be that amount, type and duration of benefits which the premiums paid would have purchased based upon your correct age.

### When does this policy become incontestable?

After this policy has been in force during your lifetime for two years from the policy date (excluding any period during which you are disabled), we cannot contest this policy for any loss that is incurred more than two years after the policy date, except for fraud or the nonpayment of premiums.

We will not reduce or deny a claim for loss incurred or disability (as defined in this policy) commencing after two years from the policy date of this policy, on the ground that a disease or illness, not excluded from coverage by name or specific description effective on the date of loss, had existed but had not first manifested itself prior to the effective date of coverage of this policy.

### Do we have the right to examine you?

Yes. We retain the right to medically examine you at our own expense. We shall have the right and opportunity to examine you as often as may reasonably be required while a claim is being considered or being paid.

### Does this policy comply with the laws of your state?

Yes. Any provision of this policy which, on the policy date, conflicts with the statutes of the state where you reside is hereby amended to conform to the minimum requirements of those statutes.

# Monthly Income Benefit Escalator Agreement

This agreement is a part of the policy to which it is attached; it is subject to all its terms and conditions.

## What does this agreement provide?

The purpose of this agreement is to increase the amount of your monthly income benefit if you suffer an extended period of disability.

During your first year of disability, the amount of your monthly income benefit will be as shown on page 1 of this policy. For each succeeding year of disability after the first, the amount of your monthly income benefit will be increased, provided this agreement is in effect.

## What is a year of disability?

For purposes of this agreement, your first year of disability is complete when you have been disabled for 365 days. After the first year, a year of disability is complete when you have received the monthly income benefit provided by this policy for 365 days.

In calculating a year of disability, we ignore the lapse of time between periods of disability; we also disregard the fact that separate periods of disability are due to different causes.

## What monthly income benefit will be increased?

Any monthly income benefit with a maximum benefit period longer than two years will be increased. In addition we will increase the monthly income benefit before we calculate your adjusted monthly income benefit, your proportionate monthly benefit, or your lifetime accident and sickness benefit, if any of these are in effect on this policy.

## What will be the percent of the increase?

At the end of each year of disability, we will increase your monthly income benefit by 6 percent.

## How long will your monthly income benefit continue to increase?

Subject to the maximum benefit period, we will continue to increase your monthly income benefit each year until age 65 or until the increased monthly income benefit which you receive equals twice the monthly income benefit shown on page 1 of this policy, whichever is later.

## What happens to your monthly income benefit when your period of disability ends?

When your period of disability ends, your monthly income benefit will return to the amount shown on page 1 of this policy. However, if you wish to retain the amount of the monthly income benefit being paid at the end of your period of disability, you may request to do so. We will adjust your monthly income benefit and bill you for the increased amount at then current premium rates and at your attained age. We must receive your written request within 90 days of the end of your period of disability.

## What is the cost for this agreement?

The annual premium for this agreement is shown on page 1 of this policy. If this agreement terminates, the total annual premium for this policy will be reduced by the amount shown for this agreement.

## When is this agreement incontestable?

If this agreement is issued on the same date as this policy, it will be subject to the incontestability

provision in this policy. If this agreement is issued at a date later than this policy, then this agreement will be contestable for two years from the effective date of this agreement but only as to the evidence of insurability which we required to issue this agreement at the later date.

### When does this agreement terminate?

This agreement will terminate on:

(1) the date of the policy anniversary on or after your 65th birthday; or

(2) the date we receive your written request to terminate this agreement; or

(3) the date any premium due for this policy remains unpaid at the end of the grace period; or

(4) the date this policy terminates.

The agreement is effective as of the policy date of this policy unless a different effective date is shown here.

President

Secretary

# Proportionate Benefit Agreement

This agreement is a part of the policy to which it is attached; it is subject to all its terms and conditions.

### What does this agreement provide?

This agreement provides a proportionate monthly income benefit if you engage in your regular occupation, but, because of disability, suffer a loss of income.

### What is the definition of disability?

For purposes of this agreement only, you will be considered disabled if you engage in your regular occupation, but, because of sickness or injury:

    (1)    you are unable to perform one or more, but not all, of the substantial and material duties of your regular occupation; or

    (2)    you are able to perform the substantial and material duties of your regular occupation but only on a reduced basis.

### When will you be eligible for a proportionate benefit?

You are eligible for the benefit provided by this agreement if you earn more than 50% but are unable, because of continued disability, to earn more than 85% of your prior average earned income, as defined below.

### What is the amount of the benefit?

If you are disabled as defined in this agreement, we will pay you a proportionate benefit. It will be equal to the loss of income factor multiplied by the monthly income benefit which you are otherwise entitled to receive.

### What is the loss of income factor?

We will calculate your loss of income factor each month by:

    (1)    subtracting your adjusted gross monthly income from your prior average earned income; and

    (2)    dividing this by your prior average earned income.

This is your loss of income factor.

### What is your adjusted gross monthly income?

As defined in this policy, adjusted gross monthly income is your gross monthly income for the same month for which the monthly income benefit is payable. Adjusted gross monthly income is reduced only by the necessary and ordinary business expenses, other than taxes, actually incurred in producing the income.

### What is your prior average earned income?

The monthly average of your earned income for the 12 month period, or the preceding 24 months if higher, immediately prior to the onset of your disability.

Earned income means the salary, wages, commissions, fees or other income you earned in your regular occupation. This includes any contributions you or your employer make to a pension, profit-sharing, or other deferred compensation plan. The ordinary business expenses, other than taxes, incurred in producing this income will be subtracted.

Minnesota Mutual Life

## Will there be any adjustment for increases in the cost of living?

Yes. Your prior average earned income will be adjusted for increases in the cost of living. The method we will use is described in the "Cost of Living Adjustment" section of this policy.

## What proof of disability will be required?

We will require written proof satisfactory to us of continuing disability as defined in this agreement. We may also request certified audits and tax returns to verify both your prior average earned income and your current gross monthly income.

## For how long will benefits be paid?

Subject to the maximum benefit period shown on page 1 of this policy, we will pay you an income benefit until your age 65.

## What is the cost for this agreement?

The annual premium for this agreement is shown on page 1 of this policy. If this agreement terminates, the total annual premium for this policy will be reduced by the amount shown. Whenever you are receiving a proportionate benefit, we will waive the premium for both the policy and this agreement.

## When is the agreement incontestable?

If this agreement is issued on the same date as this policy, it will be subject to the incontestability provision in this policy. If this agreement is issued at a date later than the policy, then this agreement will be contestable for two years from the effective date of this agreement but only as to the evidence of insurability which we required to issue this agreement at the later date.

## When does this agreement terminate?

This agreement will terminate on:

   (1)  the date of the policy anniversary on or after your 65th birthday; or

   (2)  the date we receive your written request to terminate this agreement; or

   (3)  the date any premium due for this policy remains unpaid at the end of the grace period; or

   (4)  the date this policy terminates.

This agreement is effective as of the policy date of this policy unless a different effective date is shown here.

President

Secretary

# Guaranteed Future Insurability Agreement

This agreement is a part of the policy to which it is attached; it is subject to all its terms and conditions.

**What does this agreement provide?**

This agreement gives you the right to increase your disability income insurance, without evidence of insurability, based on increases in your earnings.

**When will the increase be offered?**

On the third policy anniversary and on every third policy anniversary thereafter while this agreement is in force, we will determine whether you are eligible to purchase additional disability insurance. Our offer will be based on financial information which you provide. If you are eligible, we will offer the increase as of the policy anniversary; this anniversary will be the increase date.

**Do you have to accept an increase?**

No, you have the right to refuse any increase. However if you refuse any increase, this agreement will terminate and no further increases will be offered.

**How do you accept an increase?**

You must notify us in writing that you wish to increase your monthly income benefit; you must also pay the first premium. Your written request and premium payment must be received in our home office within the 30 days before or the 30 days after the increase date.

At our option, we will issue your increase as an Additional Disability Monthly Income Benefit under this policy or as a separate policy which we then issue. The increase will be effective as of the increase date.

**What will be the amount of the increase offered?**

You will be eligible to purchase the difference between your existing monthly income benefit and the maximum monthly income benefit to which you would be entitled under our underwriting guidelines then in effect.

**Is there a minimum increase which will be offered?**

Yes. The minimum increase we will offer is $100.

**Is there a maximum increase?**

We will not offer an increase which exceeds the lesser of:

    (1)  the maximum amount shown on page 1; or

    (2)  40% of the monthly income benefit if you are age 40 or under; or

    (3)  20% of the monthly income benefit if you are over age 40.

Your age 40 is the policy anniversary on or after your 40th birthday.

**Will evidence of good health be required?**

No evidence of good health will be required.

**What will be the maximum benefit period and the elimination period of the increase?**

Subject to our underwriting guidelines then in effect, the increase will have the longest benefit period existing on this policy as of the increase date. The elimination period will be the same as that associated with the longest benefit period at the time of the increase.

**What will be the cost of the increase?**

The cost of the increase will be at the rates in effect on the increase date, for your then attained age and for the same occupation and impairment class in effect on this policy on the increase date. Attained age is measured as of your nearest birthday.

**What if this policy is owned by someone other than the insured?**

If the owner is not the insured, the owner may exercise all the rights provided by this agreement without the insured's consent.

However, we will not issue any increase if we determine that the owner of this policy has no insurable interest in the earned income of the

insured as of the increase date. Any increase issued under this agreement shall be on the insured named on the application attached to this policy and not on the owner. If we issue the increase as a separate policy, the owner will be the owner of that policy.

### What provisions will be applied to the increase?

Any increase will be subject to all the limitations of coverage in effect for this policy on the increase date. Any increase will also include all the provisions that we regularly include in our noncancellable and guaranteed renewable disability income policies on the increase date.

### What if you are disabled on an increase date?

You may increase your disability income benefit while you are disabled. The premium for the increase will be waived as long as you remain disabled. No increased benefits will be paid during that period of disability. However, the increased benefit for disability will be payable if your injury is sustained or your sickness first manifests itself after the premium for the increase has been paid. A disability due to the same or related cause or causes as a previous period of disability for which benefits were paid under this policy, may be covered under the increase; however the new period of disability must commence more than six months after the termination of the previous period of disability.

### When does the increase become incontestable?

The increase in your disability income benefit is contestable for two years from the increase date; however it will be contestable only as to the amount of the increase and only as to the

financial information provided at the time when you requested that increase.

### When is the agreement incontestable?

If this agreement is issued on the same date as this policy, it will be subject to the incontestability provision in this policy. If this agreement is issued at a date later than the policy, then this agreement will be contestable for two years from the effective date of this agreement but only as to the evidence of insurability which we required to issue this agreement at a later date.

### When does this agreement terminate?

This agreement will terminate on the earliest of:

(1) the policy anniversary on or after your 58th birthday; or

(2) the date we receive your written request to cancel this agreement; or

(3) the date you refuse an increase in your monthly disability income issued under this agreement; or

(4) the date this policy terminates.

This agreement is effective as of the policy date of this policy unless a different effective date is shown here.

President

Secretary

📎 JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS

EDWARD M. RICCI

**09 - 82408**

**DEFENDANTS**

STANDARD INSURANCE COMPANY D/B/A THE STANDAD

**(b)** County of Residence of First Listed Plaintiff  Palm Beach County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE
LAND INVOLVED.

FILED by ___ D.C.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Stephen A. Marino, Jr., Esq. / Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, 30th, Floor, Miami, Florida 33131
Tel: (305) 577-3996 /Fax: (305) 577-3558

09 - 82408 - CV - WPD /Snow

Attorneys (If Known)

CIV - MARROULEAS

MAGISTRATE JUDGE
SNOW

DEC 11 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) |
|---|---|

II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

✓ 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✓ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ✓ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander — ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability — ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability — **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle — ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability — ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury — ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | — ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting — ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment — **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations — ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare — ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment — ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other — ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights — ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ✓ NO      b) Related Cases ☐ YES ✓ NO

JUDGE _____  DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 28 USC §1332 , DIVERSITY CLAIM FOR BREACH OF INSURANCE POLICY

LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ IN EXCESS OF $75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
s/

DATE
December 7, 2009

FOR OFFICE USE ONLY

AMOUNT $350.00  RECEIPT # 1013479

12/11/09